IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS DEWAYNE MCQUEEN, #177303, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:24-CV-634-RAH-CSC |
| ROSALYNN WILSON, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On January 3, 2025, the Magistrate Judge entered a Recommendation (Doc. 3) to which no timely objections have been filed. Upon consideration of the Recommendation, and after an independent review of the file, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. §§ 1391 and 1404.

The Clerk of Court is DIRECTED to take all necessary actions to effectuate the transfer.

DONE, on this the 28th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE